NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


CHRISTOPHER PARSONS,                    )
                                        )
            Appellant,                  )
                                        )
v.                                      )       Case No. 2D13-5715
                                        )
STATE OF FLORIDA,                       )
                                        )
            Appellee.                   )
_____    )

Opinion filed May 13, 2015.

Appeal from the Circuit Court for Pasco
County; Pat Siracusa, Judge.

Howard L. Dimmig, II, Public Defender,
and Alisa Smith, Assistant Public
Defender, Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Susan M. Shanahan,
Assistant Attorney General, Tampa, for
Appellee.



PER CURIAM.

        Affirmed without prejudice to the filing of an appropriate Florida Rule of

Criminal Procedure 3.850 motion in the trial court.  See Robinson v. State, 659 So. 2d

472 (Fla. 2d DCA 1995).

KELLY, BLACK, and SLEET, JJ., Concur.